IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL C. WANLESS,

    Plaintiff,

vs.

DR. BICK; DR. MCALLISTER; DR. DILLION; DR. GIL; DR. MICHELE DITOMAS; WARDEN ROBERT FOX; SCOTT KIERAN; MICHAEL FELDER; DR. MATHIS,

    Defendants.

No. C 16-3456 WHA (PR)

**ORDER OF TRANSFER**

    When he filed the complaint in this case, plaintiff was a California prisoner incarcerated at the California Medical Facility in Vacaville, California ("CMF"). The complaint asserts claims under 42 U.S.C 1983 against doctors and other officials at CMF, as well as the Secretary of the California Department of Corrections and Rehabilitation in Sacramento, for providing plaintiff with inadequate medical care at CMF. On July 13, 2016, a letter was received from plaintiff's mother indicating that plaintiff died at CMF.

    Both Vacaville and Sacramento, where the defendants are located and the events giving rise to the complaint took place, lie within the venue of the United States District Court for the Eastern District of California. As a result, the proper venue for this civil rights action is the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is

**TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a).

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: July __18__, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California